UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID COUTTS and SARAH COUTTS, | ) | Case No. C10-5877 EMC |
| | ) | |
| Plaintiffs, | ) | Judge: Hon. Edward M. Chen |
| | ) | |
| vs. | ) | [PROPOSED] ORDER GRANTING A CONTINUANCE OF THE STATUS CONFERENCE |
| SUBARU OF AMERICA, INC., and DOE 1 through DOE 10 inclusive, | ) | Conf.: December 16, 2011 |
| | ) | Time: 10:30 a.m. |
| Defendants, | ) | |
| | ) | |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The December 16, 2011 Status Conference is VACATED and continued to __February 3,__, 2012. A Joint Status Statement is due __January 27__, 2012.

IT IS SO ORDERED.

DATED: December _15_, 2011

IT IS SO ORDERED

Judge Edward M. Chen

_____
CHEN
Court,

[PROPOSED] ORDER