UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUTTS and SARAH COUTTS,<br><br>  Plaintiffs,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., and DOE 1 through DOE 10 inclusive,<br><br>  Defendants, | Case No. C10-5877 EMC<br><br>Judge:   Hon. Edward M. Chen<br><br>[PROPOSED] ORDER GRANTING A CONTINUANCE OF THE STATUS CONFERENCE<br><br>Conf.:   December 16, 2011<br>Time:   10:30 a.m. |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The December 16, 2011 Status Conference is VACATED and continued to __February 3,__, 2012. A Joint Status Statement is due __January 27__, 2012.

IT IS SO ORDERED.

DATED: December __15__, 2011

                                                                                        _____
                                                                                        CHEN
                                                                                        Court,

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER