THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiffs DAVID COUTTS
and SARAH COUTTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COUTTS and SARAH COUTTS,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SUBARU OF AMERICA, INC., and DOE 1 through DOE 10 inclusive,<br><br>                    Defendants, | Case No. C 10-05877 EMC (LB)<br><br>[PROPOSED] ORDER DISMISSING THE ACTION<br><br>Hon. Edward M. Chen |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: January __11__, 2012

_____
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

---

[PROPOSED] ORDER DISMISSING THE ACTION            C10-05877 EMC